# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:10-cr-480-PMP-GWF |
| | **ORDER** |
| SION DAVID WALSH, | |
| Defendant. | |

Based upon the pending motion of the United States in the above-captioned matter, and good cause appearing,

**IT IS ORDERED** that the attorney-client privilege in 2:10-cr-480-PMP, shall be deemed waived, and that defense counsel BEN NADIG, ESQ., shall forthwith provide the United States with an affidavit or declaration containing all materials, information, and responses relating to any and all matters put at issue in the defendant's motion under Section 2255 (DC Doc. No. 95).

DATED this 9th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE