# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 2:10-cr-480-PMP-GWF |
| vs. | ) |
| | ) **ORDER** |
| SION DAVID WALSH, | ) |
| Defendant. | ) |

Based upon the pending motion of the United States in the above-captioned matter, and good cause appearing,

**IT IS ORDERED** that the United States motion for a continuance is GRANTED. The United States' response to defendant's motion under 28 U.S.C. § 2255 is due **September 24, 2012**.

DATED this 9th day of August, 2012.

UNITED STATES DISTRICT JUDGE

3