UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SION D. WALSH,<br><br>　　　　　Defendant. | 2:10-CR-00480-PMP-GWF<br><br><br>ORDER |

　　　　IT IS ORDERED that Defendant Sion D. Walsh's Request for Certificate of Appealability (Doc. #117) is hereby DENIED.

　　　　IT IS FURTHER ORDERED that Defendant Sion D. Walsh's Motion to Expedite (Doc. #119) is hereby DENIED as moot.

DATED: June 5, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　　United States District Judge