**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00480-PMP-GWF |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| SION DAVID WALSH, ) | |
| Defendant. ) | |

Before the Court for consideration is Defendant Sion David Walsh's Motion for Judicial Notice #2 (Doc. #140) and Motion-Request to Disbar or Sanction Attorney (Doc. #142). Both motions relate to claims by Defendant Walsh that his attorney, Benjamin Nadig, rendered improper representation on his behalf. However, this Court has no authority to disbar any attorney, nor is there a cognizable motion before the Court by Defendant Walsh seeking relief which this Court could consider.

**IT IS THEREFORE ORDERED** that Defendant Sion David Walsh's Motion for Judicial Notice #2 (Doc. #140) and Motion-Request to Disbar or Sanction Attorney (Doc. #142) are DENIED.

DATED: January 28, 2014.

PHILIP M. PRO
United States District Judge